## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,

                           Plaintiff,

v.

Jose Antonio Soto,

                           Defendant.

Criminal No. 11-11 (DSD/JJG)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1.     Defendant's Motion to Suppress Statements, Admissions and Answers (Doc. No. 12) is **DENIED AS MOOT**;

2.     Defendant's Motion to Suppress Evidence (Doc. No. 20) is **DENIED AS MOOT**; and

3.     Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. 21) is **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 3, 2011

                         s/David S. Doty            
                         DAVID S. DOTY, Judge
                         United States District Court